IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JOHN BRUDER,                         :
                                     :
    Plaintiff(s)                     :
                                     :   Case Number: 1:01cv666
    vs.                              :
                                     :   District Judge Susan J. Dlott
EXCELL WALKER,                       :
                                     :
    Defendant(s)                     :

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . .    that the Court DENIES Bruder's Motion for a New Trial (doc. #44);

that the Court finds that it is not required to amend the judgment as a matter of law in order to award Bruder $1.00 in nominal damages and therefore DENIES his motion to alter or amend the judgment. (Doc. #45.)


5/27/04                                          JAMES BONINI, CLERK


                                                 ___s/Stephen Snyder_____
                                                 Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.